UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

ANDRE WRIGHT,                                         :
                                                      :
            Plaintiff,                                :
                                                      :
        v.                                            :      No. 5:15-cv-05109
                                                      :
JOHN WETZEL;                                          :
MICHAEL WENEROWICZ;[1] A.B. MATHIS;                   :
MARY CANINO;                                          :
PROGRAM REVIEW COMMITTEE AT SCIG;                     :
ROBIN M. LEWIS; JANE/JOHN DOES,                       :
                                                      :
            Defendants.                               :

_____

**O R D E R**

   **AND NOW**, this 7th day of July, 2016, upon consideration Defendants' Motions to

Dismiss, ECF Nos. 10, 13, and for the reasons stated in the accompanying Memorandum issued

this date, **IT IS ORDERED** that:

1. Defendants' Motions, ECF Nos. 10, 13, are **GRANTED**;

2. Plaintiff's Complaint is **DISMISSED with prejudice**;

3. This case is **CLOSED**.


                                          BY THE COURT:



                                          */s/ Joseph F. Leeson, Jr._____*
                                          JOSEPH F. LEESON, JR.
                                          United States District Judge

_____

[1]     The docket incorrectly identifies Michael Wenereowicz and the Superintendent of the
State Correctional Institution at Graterford as two separate defendants.